JUDGE BRODERICK

# 16 CV 5602

IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_____ DISTRICT OF _NEW YORK___
MANHATTAN_____DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

---

KHONDAKER M. HAQUE, SHAMSAD R. KAZI,
N. J. (minor), R. M. (minor), S.K. (minor)

_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

FORMER MAYOR OF THE CITY OF NEW YORK
MICHAEL BLOOMBERG, SENATOR CHUCK
SCHUMER, CONGRESSMAN PETER KING, THE
CITY OF NEW YORK, FORMER NYPD POLICE
COMMISSIONER RAYMOND KELLY, FORMER
DIRECTOR OF US SECRET SERVICE (DHS)
JULIA PIERSON, and DR. GALINA
ORENSHTEYN

_____

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violations**
(Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

FILED
U.S. DISTRICT COURT
2016 JUL 14 AM 11: 54
S.D. OF N.Y.

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Plaintiff No. 1

| | |
|---|---|
| Name | KHONDAKER M. HAQUE |
| Street Address | 3103, 21st Street, Apt#2, |
| City and County | Astoria, Queens, |
| State and Zip Code | New York -11106 |
| Telephone Number | 516 444 1244 |
| E-mail Address | HAQUEKHONDAKER333@GMAIL.COM |

Plaintiff No. 2

| | |
|---|---|
| Name | SHAMSAD R. KAZI |
| Street Address | 3103, 21st Street, Apt#2, |
| City and County | Astoria, Queens, |
| State and Zip Code | New York -11106 |
| Telephone Number | 347 965 8772 |
| E-mail Address | SHAMSAD.KAZI@GMAIL.COM |

Plaintiff No. 3

| | |
|---|---|
| Name | N.J. (Minor) |
| Street Address | 3103, 21st Street, Apt#2, |
| City and County | Astoria, Queens, |
| State and Zip Code | New York -11106 |
| Telephone Number | 347 965 8772 |
| E-mail Address | |

Plaintiff No. 4

| | |
|---|---|
| Name | R.M. (Minor) |
| Street Address | 3103, 21st Street, Apt#2, |
| City and County | Astoria, Queens, |
| State and Zip Code | New York -11106 |
| Telephone Number | 347 965 8772 |
| E-mail Address | _____ |

Plaintiff No. 5

| | |
|---|---|
| Name | S.K. (Minor) |
| Street Address | 3103, 21st Street, Apt#2, |
| City and County | Astoria, Queens, |
| State and Zip Code | New York -11106 |
| Telephone Number | 347 965 8772 |
| E-mail Address | _____ |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known) and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1

| | |
|---|---|
| Name | MICHAEL R. BLOOMBERG |
| Job or Title | FORMER NEW YORK CITY MAYOR (if known) |
| Street Address | 17 EAST 79TH STREET |
| City and County | NYC. MANHATTAN |
| State and Zip Code | NEW YORK 10075 |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

4

☒ Individual capacity          ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CHUCK SCHUMER |
| Job or Title | SENATOR (if known) |
| Street Address | 780 3RD AVENUE, SUITE 2301 |
| City and County | NYC, MANHATTAN |
| State and Zip Code | NEW YORK -10017 |
| Telephone Number | 212- 486 -4430 |
| E-mail Address (if known) | _____ |

☒ Individual capacity          ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | PETER KING |
| Job or Title | US. CONGRESSMAN (if known) |
| Street Address | 1003, PARK BOULEVARD, |
| City and County | MASSAPEQUA PARK, NASSAU, |
| State and Zip Code | NEW YORK-11762 |
| Telephone Number | 516-541-4225 |
| E-mail Address (if known) | _____ |

☒ Individual capacity          ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | THE CITY OF NEW YORK |
| Job or Title (if known) | _____ |
| Street Address | THE CITY HALL |
| City and County | N.Y.C. MANHATTAN |
| State and Zip Code | NEW YORK-10007 |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

☐    Individual capacity          ☒    Official capacity

Defendant No. 5

| | |
|---|---|
| Name | JULIA PIERSON |
| Job or Title | FORMER DIRECTOR OF UNITED STATES SECRET SERVICE (DHS) (if known) |
| Street Address | _____ |
| City and County | WASHINGTON DC |
| State and Zip Code | WASHINGTON |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

☒    Individual capacity          ☒    Official capacity

Defendant No. 6

| | |
|---|---|
| Name | DR. GALINA ORENSHTEYN |
| Job or Title | FORMER PRIMARY CARE DOCTOR (if known) |
| Street Address | 2134 BROADWAY, |
| City and County | ASTORIA, QUEENS |
| State and Zip Code | NEW YORK 11106 |
| Telephone Number | 718-204- 6900 |
| E-mail Address (if known) | _____ |

☒    Individual capacity          ☐    Official capacity

6

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

      ☒    Federal officials (a *Bivens* claim)

      ☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DEPRIVATION OF FEDERAL CIVIL RIGHTS, COMPENSATORY DAMAGES DONE, FAILURE TO PROTECT FROM ATTACK, STATE-CREATED DANGER, NOMINAL AND PUNITIVE DAMAGES.

_____

_____

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

FOURTH AMENDMENT RIGHTS.

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events. You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims. Do not cite any cases or
statutes. If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Plaintiff (Khondaker M. Haque) was a federal contractor with different federal corporations before
starting in 2004. After leaving the job four years before, as a Database Administrator (IT) as a federal
contractor with PC Connection in NH and Edge Web Hosting in Baltimore, Maryland, /      b
            they harassed and abused Plaintiff mentally, threatened to kill and try to criminalize him at the
workplaces and outside of his professional area.

There was a conspiracy going on (it is all over of the media, radio, TV, talk show and in the
Hollywood Movies) against Plaintiff's family and kids for a long time starting 2004. Defendant's helped to
put him in a very risky job positions which he was never hesitated to perform. But when Plaintiff saw there
is something bad going on against Plaintiff was been forcefully performed a task which was very hard to
perform for a new employee.

This plot was designed and ordered (Openly addressed) by former Mayor of NYC Michael
Bloomberg and former NYC Police commissioner Raymond Kelly and drag this to the federal level by
Senator Chuck Schumer and Congressman Peter King to criminalize Plaintiff at the workplaces so that they
can get benefited.

Defendants and their agents monitor Plaintiff's internet network and phones as part of this plot. It
was an ongoing activity performed by the Defendants for a decade or more. Plaintiff ( Khondaker M.
Haque) used to work as a federal contractor with DOD's different projects in Billerica, MA with Raytheon,
MetLife in NJ, ITT night vision in Roanoke, VA , FRB in Washington DC, DHS in Merrimack, NH, NSA in
Baltimore, MD. But Plaintiff was never being able to work in a place more than 4 months although Plaintiff
had an expertise on the subject matter (SQL Server Database Administration).

After leaving the job, as a NSA contractor, a lot of different types of investigation going on against

8

Plaintiff's interest and lasted for more than four years. Defendants and their agents inserted wireless night vision camera at Plaintiff's bedroom, inserted recording machines in the Plaintiff's (SK) and (RM) nebulizer machines through primary care doctor. The doctor did not take care Plaintiff's (SK) learning disability.

Plaintiff (Khondaker M. Haque) was about to be a victim of terrorist funding money laundry case setting up by Former US Secret Service (DHS) director Julia Pierson. Defendant gave Plaintiff an approval of certificate to laundry a specific amount of money. This is a clear indication and proven document of the plot against Plaintiff (Khondaker M. Haque).

Plaintiff's life had been destroyed which was build through education for last 17 years. Plaintiff's little kid's life also has been destroyed. Plaintiff (Shamsad R. Kazi) is almost at the verse of disable taking 32 pieces of medications daily. Plaintiff's unborn baby is also a victim of this conspiracy. Plaintiff could not save him. All of this connected to Plaintiff's previous job which was a plot designed and executed by Defendants.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

These conspiracy events started more than a decade ago starting 2004. It is just opened to understand us.

_____

_____

_____

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Former NYC Mayor Mike Bloomberg, he who was the main designer and managed, administered, ordered and executed his criminal intention and agenda to involve other persons and law enforcement officials engaged and trapped in this act to gain and grab power for future enterprise affairs. He had been responsible (openly addressed to public before for long during the time as a Mayor of NYC) for an indirect hands of murder of Plaintiff's unborn baby, responsible for Plaintiff (Shamsad R. Kazi's) brain injuries and mental sickness and responsible for brain injuries for Plaintiff (SK) he who had delay developed and learning disability at DOE record, responsible for professional injuries for Plaintiff (Khondaker M. Haque) with disastrous economic calamity during the time of his racketeering act (RICO). He has direct or indirect hands to be controlled and involved other people and groups such as, Employment Recruiting Agency nationwide to help giving many federal contracting jobs which was an example of RICO criminal and civil violations.

He was been responsible for the greatest human rights violation in modern American history. He was responsible for holding the Plaintiff's whole family in captivity for a decade. He should be responsible for an abusive behavior at the workplaces by his racketeering agents with ITT night vision in Roanoke, VA, PC Connection in NH to indirectly force Plaintiff (Khondaker M. Haque) to give up the job. His racketeering (RICO) act was responsible directly or indirectly to uplift Plaintiff with jobs with MacMillan and DOE in NYC, Corning Inc. in NY, IBM in Novato, CA, UNFI in Providence in RI, DoD's different projects (Raytheon in Billerica, MA, ITT Night Vision in Roanoke, VA, MetLife in NJ), FRB in DC, DHS in NH, KWI in Greenvale, Long Island and NSA in MD which was a total violation **of National Security, Civil and Human Rights and Discrimination**.

Senator Chuck Schumer, he who also worked closely with Former NYC Mayor Mike Bloomberg and others, deprives Plaintiffs fundamental rights to live, life and happiness by using his power to gain control of innocent born American lives and other naturalized US citizen's life from his intentional wrongful plot which should be enforced with RICO Act.

Congressman Peter King, he who also worked with other parties and had direct and indirect hands to deprive Plaintiff's secretly using and working with secret agents to influence his power to gain from his wrongful conduct.

Former NYC Police Commissioner Ray Kelly, he who also worked closely with other groups and his secret agents and tried to implement the Former NYC Mayor Bloomberg's criminal ( should be enforced by RICO Act) and unlawful agenda and abused his power as a Mayor in NYC.

Former Director of Homeland Security Julia Pierson, she who also worked together with Other Defendants and executed the agenda of Former NYC Mayor Bloomberg and others involved with this crime. She and her agents threatened Plaintiff (Khondaker M. Haque) to kill, to prosecute criminally, to inject cancer virus and mentally abused in the cab while Plaintiff was driving yellow cab in NYC.

Plaintiff, SHAMSAD KAZI and KHONDAKER M. HAQUE ("Plaintiff"), brought this action on behalf of themselves and all others similarly situated, where the allegations are based upon personal knowledge, documentations, media discussions with TV and Radio(NPR and MOSS), and Hollywood movies.

Defendants' and their agents secretly manipulated and controlled national professional recruiting activities with the help of secret agents for which Plaintiff got an IT job (SQL DBA) with **PC Connection** in Nashua, NH as a federal contractor where they wanted to criminalize me for their software mismatch. As an IT person, Plaintiff (Khondaker M. Haque) should have all the necessary tools to perform the work done; Plaintiff downloaded and installed SQL Server 2008 Software from their network to given work computer which was permissible by access or privilege. There were no restrictions imposed on it. Plaintiff had an Admin privilege on it. Having said that, SQL Server was Plaintiff's subject matter implementation and Plaintiff was been hired for. Defendants used his power and had a connection with **Recruiter Paul, Director Paul (IT), HR manager, IT Manager Nick, Network Manager Scott Messina (Architect of the plot), Network Admin Max and SQL DBA Steve Goodwin (member of plot)** had setup a big plot (Cape Cod) to criminalize Plaintiff (Khondaker M. Haque) with secret prosecution which Plaintiff had a knowledge during an FBI investigation with Jack and Richard team after leaving the job with NSA contractor.

Defendants' and their agents helped to give an IT (MySQL DBA) job with KiWi in Greenvale, Long Island) to Plaintiff where Defendant Mike Bloomberg was very close friend of the owner of KiWi. During the

work, company financial officer threatened and scared me in the name of Mr. Bloomberg. Plaintiff walked out from the job.

Defendant's used their secret agents to monitor our family activities and selected Defendant former police commissioner Mr. Ray Kelly to execute his criminal agenda against us. He used his agents to abuse, torture and threaten to kill our family and kids all together.  He abused his power to get benefited.

Defendant's sent their agents to my yellow cab in NYC which was been searched when it was parked, monitored and abused by secret police for last 4 years continuously and threatened to inject cancer to kill Plaintiff.

Defendant's used their secret agents to threaten Plaintiff's to deport from this country and to kill if we go our own native country in Bangladesh.

Defendant's and their agents threatened Plaintiff to throw away from 38th floor when he was working with Mac Milan in NYC at 25 Madison Ave, in NYC as a SQL DBA. They were all working together to criminalize me.

Senator Chuck Schumer and Congressman Peter King also was involved with this unlawful restraint to implement and abuse their power and agenda to **institutionalize** our family and lift up this case to federal government level.

Plaintiffs' obligated bring this action on behalf of themselves and on behalf of all others similarly situated in the Class. Plaintiff had been deprived from hiring an Attorney for four years.

Plaintiffs' represents, and is a member of, the Class, consisting of: All persons of this family who had been the victims of Defendant's illegal conspiracy directly or indirectly and from their agents which had been initiated and executed **more than twelve years** ago.

Defendant's involved directly and indirectly or with their agents abusing and misusing their power to try to criminalize Plaintiffs' at many occasions for the last 12 years since 2004 to current either at the professional workplaces during the time of working as a Federal Contractors with **DOD, FRB, DHS** and **NSA** or outside of the professional workplaces. They worked secretly together and uplifted Plaintiff's by giving federal contracting jobs with monitoring Plaintiffs' online job search activities. Plaintiff worked so many places as a federal contractor or sub-contractor. But no jobs had been able to retain on the plaintiff's behalf because of unlawful restraint of racketeering acts were going on against Plaintiffs' and their family.

Defendant's secretly used to put Plaintiffs' in a mental distress and economical poverty which forced Plaintiff (Shamsad R. Kazi) to perform an abortion for an unborn baby.

Defendants' and their agents influenced and used their power to towed away Plaintiffs' only car after defaulting one monthly payment during the time working with DoD as a Federal Contractor with MetLife in NJ.

Defendant's used their instrumental tool of **conspiracy to destroy Plaintiffs' family structures and fundamental rights to live, life and pursuit of happiness even deprived from cultivating and harvesting food harvest for American born kids**.

Plaintiff and the members of the Class have all suffered irreparable harm and damages as a result of the Defendant Former Director of Homeland Security Mrs. Julia Pierson, former NYC Mayor Michael Bloomberg, current US Senator Mr. Chuck Schumer, Congressman Peter King and Defendant former NYC Police Commissioner Ray Kelly's unlawful and wrongful conducts. Absent of this class action, the Class will continue to face the potential for irreparable harms. In addition, these grave violations of law will be allowed to proceed without remedy and they will likely continue to perform such illegal conducts in the future.

**On information and belief** from Media, Kids Cartoons,  Hollywood Movies, Radio, TV and other world media, **a lot of other people** also willingly involved and conspired against Plaintiffs' in their unlawful restraint.

Defendants' violations were **repeated, willful and intentional** lasted more than a decade against Plaintiffs' interest under RICO Statue 18 U.S.C.A. § 1961-68.

Plaintiffs' had been **mentally and physically damaged or  injured with a lot of prescribed medications been taken daily which had been caused** by Defendants' soft criminal monster hungry wrongful conducts  to destroy Plaintiff's physical health which may have been an equitable remedy designed in the public interest.

Defendants' personally  and their agents committed or ordered to commit these racketeering acts or agreed to an overall objective of the conspiracy knowing that other persons were conspiring to participate in this regard through a pattern of racketeering activity.

Defendants' and their agents committed violations of the RICO statute, and that such RICO violation was the proximate Cause of injuries to the plaintiff's personal business or property.

Defendants' violated of the RICO statute 18 U.S.C. § 1964(a) which authorizes plaintiffs potentially intrusive remedies, including injunctive relief, reasonable restrictions on defendants' future activities, disgorgement of unlawful proceeds to administer and supervise the affairs and operations of defendants' entities and to assist courts in monitoring compliance with courts' orders.

Defendants' **"pattern of racketeering activity"** was unlawful against Plaintiffs' livelihood and lives. The defendants participated directly or indirectly in the conduct of the "enterprise's criminal business affairs," which makes Plaintiffs' mentally, physically and financially disabled and inactive for a decade

The acts alleged to have been done by Defendants were designed, authorized, ordered, executed or performed by their directors, officers, managers, agents, employees, or representatives while actively engaged in the management of Defendants' affairs.

Defendant's conduct had been willful, intentional, in disregard of an indifferent to plaintiffs' rights with the intent to deprive plaintiff's income and cause plaintiff's and their whole family injuries. The injury resulting from a racketeering violation under RICO when reading § 1964(c) and § 1962(d) in conjunction. The act of racketeering that caused the plaintiffs injury for more than a decade."

The defendant's acquired or maintained the interest through a pattern of racketeering activity to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in and the injuries proximately caused by such activity.

Defendants' conducted and intended to conspire to further an endeavor which satisfied all of the elements of substantive criminal and civil offenses again and again from 2004 to current.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Defendants had an indirect hands of murder of Plaintiff's unborn baby, responsible for Plaintiff (Shamsad R. Kazi's) brain injuries and mental sickness and responsible for brain injuries for Plaintiff (Shiam Khondaker) he who had delay developed and learning disability at DOE record, responsible for professional injuries for Plaintiff (Khondaker M. Haque) with disastrous economic calamity during the time of his racketeering act (RICO).

Defendants' and their agents involved and attempted to criminalize Plaintiffs' with **terrorist funding international money laundry** which prohibits under federal money laundering statute, 18 U.S.C. § 1956.

Defendant's used their power to conspire and kill Plaintiff and Plaintiffs' son during the time of delivery pain in Elmhurst hospital in NYC. She was waited 16 hours in the Elmhurst hospital's labor room to deliver the newborn baby. But it was gifted us a new sick baby and later he was growing up as a delay developed and learning disabled kid .

Defendants' and their agents inserted a **Wireless Night Vision Video Camera** into Plaintiffs' bedroom for more than three years and published that video information in the Hollywood for movie making and kids cartoon making, media, radio, and TV in the United States and around the world.

Defendants' used their influenced and power with former primary care doctor **Dr. Galina Orenshteyn** to delay the treatment of Plaintiff's sick kids during the time of pneumonia

Defendants' and their agents inserted recording machines to Plaintiffs' kids (inserted when he was 4 years old and 7 years old) nebulizer machines through Primary Care Doctor named **Dr. Galina Orenshteyn**, she who is located at 2134 Broadway in Astoria, New York City. The Doctor who was neglected the proper treatment for delay development and learning disability for Plaintiffs' kids for 6 straight years although she had been asked and requested for it.

Defendants' and their agents inserted wireless recording machines to Plaintiffs' internet connections or in the router which came from provider **Time Warner Cable**. Defendants' took away Plaintiffs' all the privacy, happiness and civil rights and stored that unlawful information in the media library.

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiffs' are seeking monetary compensatory damages for hardship they suffered for more than a decade during this conspiracy and wrongdoing lasted from  2004 to 2016 as a result of Defendants' unconstitutional and unlawful conducts under the RICO statue 18 U.S.C. § 1961-68.

Defendants' violated of the RICO statute 18 U.S.C. § 1964(a) which authorizes plaintiffs' potentially intrusive remedies, including injunctive relief, reasonable restrictions on defendants' future activities, disgorgement of unlawful proceeds to administer and supervise the affairs and operations of defendants' entities and to assist courts in monitoring compliance with courts' orders.

Plaintiffs' is looking for equitable relief through a RICO statute 18 U.S.C. § 1964 civil law approach.

Plaintiffs' is looking for a "forward looking results to prevent RICO violations in the future."

Plaintiffs' is looking forward reasonable restrictions on the future activities on Defendants criminal conduct and prohibit them from holding such positions in the future under RICO Act 18 U.S.C. § 1964 (a).

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _14th July, 20 16_

Signature of Plaintiff ___KMHaque___  *SHAMSAD Rozalina KAZI*

Printed Name of Plaintiff ___Khondaker Mohbubul Haque___
                          *SHAMSAD ROZALINA KAZI*

**B.**    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____