UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KHONDAKER M. HAQUE; SHAMSAD R. KAZI; N.J. (MINOR); R.M. (MINOR); S.K. (MINOR),

                         Plaintiffs,

-against-

FORMER MAYOR OF THE CITY OF NEW YORK MICHAEL BLOOMBERG; SENATOR CHUCK SCHUMER; CONGRESSMAN PETER KING; THE CITY OF NEW YORK; FORMER NYPD POLICE COMMISSIONER RAYMOND KELLY; FORMER DIRECTOR OF US SECRET SERVICE (DHS) JULIA PIERSON; DR. GALINA ORENSHTEYN,

                         Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2016

16-CV-5602 (VSB)

CIVIL JUDGMENT

    Pursuant to the order issued August 4, 2016, dismissing the action,

    IT IS ORDERED, ADJUDGED AND DECREED that the action is dismissed. The Court dismisses without prejudice the claims of N.J., R.M., and S.K., and any claims that Plaintiffs Haque and Kazi assert on behalf of them and others. The Court dismisses Plaintiffs Haque and Kazi's remaining federal claims as frivolous. The Court declines to assert supplemental jurisdiction over any state-law claims Plaintiffs attempt to assert, and dismisses those claims without prejudice. 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 4, 2016
            New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge