UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHONDAKER M. HAQUE,
(SEE ATTACHED)
_____
(List the name(s) of the plaintiff(s)/petitioner(s).)

16 Civ. 5602 (___)(___)

- against -

FORMER MAYOR OF NYC.
MICHAEL BLOOMBERG
(SEE ATTACHED)
_____
(List the name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION OF SERVICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-16

I, (print your name) MOHAMMAD HASAN, declare under penalty of perjury that I
served a copy of the attached (list the names of the documents you served): Summons
and Complain.

upon all other parties in this case by (state how you served the documents, for example, hand delivery,
mail, overnight express) U.S. MAIL to the
following persons (list the names and addresses of the people you served): DR. GALINA
ORENSHTEYN, 2134 BROADWAY, ASTORIA,
NEW YORK - 11106

on (date you served the document(s)) 07/26/16

07/26/16
Dated

Mohd Towhid Hasan
Signature
7566 197th Street
Address
Fresh Meadows, NY
City, State
11366
Zip
917-403-3385
Telephone Number
_____
E-Mail Address

Rev. 01/2013