# MANDATE

S.D.N.Y.-N.Y.C.
16-cv-5602
Broderick, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand sixteen.

Present:

    Debra Ann Livingston,
    Denny Chin,
    Susan L. Carney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 14, 2017

Khondaker M. Haque,

        *Plaintiff-Appellant*,

Shamsad R. Kazi, N. J. (minor), R. M. (minor), S. K. (minor),

        *Plaintiffs*,

        v.        16-3065

Michael Bloomberg, Former Mayor of the City of New York, et al.,

        *Defendants-Appellees*.

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/14/2017